Entered: September 8, 2022
Signed: September 8, 2022

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   22−12884 − NVA     Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Carlos A. Espinoza
*debtor has no known aliases*
400 Valley Meadow Circle, B1
Reisterstown, MD 21136

Social Security No.:   xxx−xx−7266

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 5/26/22.

The estate of the above−named debtor has been fully administered.

ORDERED, that Craig B. Leavers is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *MichelleRaymond*